

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:17cr132-DCB-LRA

JON STEPHEN OLIVER

21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(g)(1)

**The Grand Jury charges:**

COUNT 1

On or about May 16, 2016, in Neshoba County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **JON STEPHEN OLIVER**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine, a Schedule I controlled substance, all in violation of Section 841(a)(1), Title 21, and Section 2, Title 18, United States Code.

COUNT 2

On or about May 16, 2016, in Neshoba County, the Northern Division of the Southern District of Mississippi, the defendant, **JON STEPHEN OLIVER**, having been convicted previously of a felony, that is, a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce, a firearm, in violation of Sections 922(g)(1) and 924(a)(2), Title 18, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of one or more of the offenses alleged in this indictment:

(1)   Rossi (Taurus) revolver, Model R461, .357 caliber, serial number HP908600

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 924(d)(1), Title 18, United States Code.

*[signature]*
D. MICHAEL HURST, JR.
United States Attorney

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 7th day of November, 2017.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

2