UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.                                                                          CRIMINAL NO. 3:17cr132-DCB-LRA

JON STEPHEN OLIVER                                                  DEFENDANT

## NOTICE OF INTENT TO CHANGE PLEA TO GUILTY

COMES NOW, the Defendant, Jon Steven Oliver, by and through counsel, and files this his Notice of Intent to Change Plea to Guilty, and notifies the Court and the United States Attorney's Office of his intent to plead guilty to a charge brought against him by the government.

This the 3rd day of May, 2018.

Respectfully submitted,

JON STEPHEN OLIVER


By: /s/ Cynthia A. Stewart
    CYNTHIA A. STEWART


SUBMITTED BY:

CYNTHIA A. STEWART (MB#7894)
ATTORNEY, PLLC
118 Homestead Drive, Suite C
Madison, Mississippi 39110
Telephone: (601) 856-0515
Facsimile: (601) 856-0514

## **CERTIFICATE OF SERVICE**

I, Cynthia A. Stewart, do hereby certify that I have this day caused to be filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which sent a true and correct copy of the same to all counsel of record.

**SO CERTIFIED**, this the 3rd day of May, 2018.

/s/ Cynthia A. Stewart
Cynthia A. Stewart